**99–556. Baughman v. State Farm Mut. Auto. Ins. Co.**
Summit App. No. 19087. On motion to substitute administrator of estate for Delmas Baughman, deceased. Motion granted.

**99–1301. Sikora v. Wenzel.**
Greene App. No. 98CA130. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Entry filed June 30, 1999:

"In the absence of actual or constructive notice of a defect, may a landlord be held strictly liable under R.C. 5321.04(A)(1) for the violation of a specific statutory duty imposed for the physical safety of others?"

F.E. SWEENEY, J., dissents.

*Sua sponte,* cause consolidated with 99–1323, *Sikora v. Wenzel,* Greene App. No. 98CA130.
F.E. SWEENEY, J., dissents.

The conflict cases are *Winton Properties v. Sanders* (1989), 57 Ohio App.3d 28, 565 N.E.2d 1280; *Brady v. Koehnke* (Sept. 7, 1994), Hamilton App. No. C–930240, unreported, 1994 WL 481758; *Lockhart v. Mayfield* (Sept. 18, 1991), Summit App. No. 14990, unreported, 1991 WL 184833; *Primes v. Milbry* (Nov. 19, 1997), Summit App. No. 18236, unreported, 1997 WL 760698; and *Rice v. Reid* (Apr. 23, 1992), Crawford App. No. 3–91–34, unreported, 1992 WL 81424.

**99–1420. State ex rel. Myers v. Brown.**
In Quo Warranto. On motion to dismiss. *Sua sponte,* alternative writ granted.

**99–1546. Lumbatis v. Grange Mut. Cas. Co.**
Monroe App. No. 803. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause consolidated with 99–1348, *Lumbatis v. Grange Mut. Cas. Co.,* Monroe App. No. 803; cause held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**99–1547. Spence v. Natl. Ins. Co.**
Monroe App. No. 812. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause consolidated with 99–1347, *Spence v. Natl. Ins. Co.,* Monroe App. No. 812; cause held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

**99–1548. Cox v. Grange Mut. Cas. Co.**
Monroe App. No. 804. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause consolidated with 99–1349, *Cox v. Grange Mut. Cas. Co.,* Monroe App. No. 804; cause held for the decision in 99–342, 99–348 and 99–618, *Holcomb v. State Farm Ins. Cos.,* Franklin App. No. 98AP–353; and briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.
RESNICK, J., not participating.

**99–1565. State v. Baer.**
Fulton App. No. F–98–018. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**99–1599. State v. Morris.**
Richland App. No. 96CA92. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**99–1608. State v. Minnich.**
Huron App. No. H–96–060. On motion for leave to file delayed appeal. Motion denied.